IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>ERIK RAYMOND MAGANA | Case No. 3:18 MJ 405<br><br>**ORDER TO SEAL CRIMINAL COMPLAINT** |

FILED
CHARLOTTE, NC
DEC 3 - 2018
US District Court
Western District of NC

### ORDER TO SEAL

UPON MOTION of the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, directing that the Criminal Complaint, Affidavit, and the Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Criminal Complaint Affidavit and Application, the Motion to Seal and this Order, be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 3 day of December 3, 2018.

_____
HONORABLE DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF NORTH CAROLINA