IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO. 3:18CR00386-001 |
| | ) | (Financial Litigation Unit) |
| ERIK RAYMOND MAGANA | ) | |

## **ORDER**

**THIS MATTER** comes before the Court upon a motion of the United States for an order directing the United States Postal Service to turn over $7,688 to the United States Clerk of Court and directing the Clerk of Court to accept pre-payment of the fine and/or restitution in this matter. For the reasons stated in the motion, the Court finds good cause to grant the requested relief.

**IT IS, THEREFORE, ORDERED** that the United States Postal Service shall remit funds in the amount of $7,688, asset identification number 19-USP-000776, to the Office of the United States District Clerk of Court for the Western District of North Carolina, 401 West Trade Street, Charlotte, North Carolina, 28202, to apply to the restitution to be imposed by the criminal judgment in this matter.

**IT IS FURTHER ORDERED** that the Clerk of Court shall accept pre-payment of the monetary penalties in this matter in any amount and deposit funds in the non-interest Treasury Registry Fund until entry of Judgment. Upon entry of the Judgment, the Clerk will transfer the funds from the Treasury Registry Fund to the Restitution Fund and distribute the funds in accordance with the terms of the Judgment without further order of this Court.

**IT IS FURTHER ORDERED** that the government shall serve a copy of this Order upon the Clerk or the Financial Deputy Clerk.

Signed: January 14, 2020

Robert J. Conrad, Jr.
United States District Judge