IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CR-00386-RJC-DSC

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ERIK RAYMOND MAGANA | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant for appointment of counsel and for compassionate release. (Doc. No. 48). Since the filing of the motion, the defendant has been released from custody. https://www.bop.gov/inmateloc/.

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 48), is **DISMISSED as moot**.

The Clerk is directed to certify copies of this Order to the defendant and the United States Attorney.

Signed: December 2, 2022

Robert J. Conrad, Jr.
United States District Judge